FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-347
_____

TYLER BEALL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 24, 2021

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tyler Beall, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.